UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clayton James Hanks

    Plaintiff,

v.

Jason Hills, *Lieutenant*, *in their individual and official capacities*; Nicholas Desotelle, *Correctional Officer, in their individual and official capacities*; Dustin Engh, *in their individual and official capacities*; Michael Marcott, *in their individual and official capacities*; Lawrence Amsden, *in their individual and official capacities*; Chris Schultz, *in their individual and official capacities*; Luke Richling, *in their individual and official capacities*; Trista Shields, *in their individual and official capacities*; Johannes Olivier, *in their individual and official capacities*; Emily Mellingen, *in their individual and official capacities*; Travis Brinkley, *in their individual and official capacities*; Minnesota Department of Corrections; and Corizon (company name unknown),

    Defendants.

Case No. 15-CV-4275 (JNE/TNL)
ORDER

This matter is before the Court on a Report and Recommendation [Docket No. 57] issued by the Honorable Tony N. Leung, United States Magistrate Judge, on August 29, 2016. Neither party has objected to the Report and Recommendation. Nevertheless, the Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court accepts and adopts the Report and Recommendation.

IT IS ORDERED THAT:

    1.    Plaintiff's motion for a Temporary Restraining Order is DENIED.

    2.    The Report and Recommendation [Docket No. 57] is ADOPTED.

Dated: September 15, 2016

                                                  s/Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge