UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CLAYTON JAMES HANKS,                          CIVIL NO. 15-4275 (JNE/DTS)

      Plaintiff,

v.                                           <u>ORDER</u>

JASON HILLS;
NICHOLAS DESOTELLE;
DUSTIN ENGH;
MICHAEL MARCOTT;
LAWRENCE AMSDEN;
CHRIS SCHULTZ;
LUKE RICHLING;
TRISTA SHIELDS;
JOHANNES OLIVER;
MELISSA COOK;
each in their individual
and official capacities; and
MINNESOTA DEPARTMENT
OF CORRECTIONS;

      Defendants.

Pursuant to the Joint Motion Regarding Continued Sealing [Docket No. 243] and Minn L.R. 5.6(d)(2),

IT IS HEREBY ORDERED that:

1.     The parties' Joint Motion Regarding Continued Sealing [Docket No. 243] is GRANTED in part and DENIED in part.

2. The clerk is directed to keep the following documents sealed: Docket Nos. 171-76, 198-99, 201, 222, 224

3. The Clerk is directed to unseal the following documents 28 days after the issuance of this order unless a timely motion for further consideration is filed under

Local Rule 5.6(d)(3): Docket Nos. 159, 161, 164, 166, 168, 177, 179, 181, 183, 186, 187, 189, 192, 195, 204-08, 210, 220, 221-1, 221-2, 230.


Dated:        March 1, 2018


                                        _____
                                        DAVID T. SCHULTZ
                                        United States Magistrate Judge